**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

IN RE:

KENDRICK FINKLEA
SSAN: XXX-XX-0491

Case No. 16-31715-DHW
Chapter 13

Debtor(s)

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s)' plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on June 29, 2016.

2. The debtor(s) §341 Meeting of Creditors was held August 18, 2016.

(**X**) The plan failed to make provisions for the following secured/priority creditors listed Creditor(s): United Consumers Trustee Claim #2 Court Claim #10; Acceptance Loan Trustee Claim #5 Court Claim #4; State of Alabama Trustee Claim #11 Court Claim #6 $3,037.19; State of Alabama Trustee Claim #12 Court Claim #7 $3,394.51.

(**X**) The following creditor was listed as unsecured, but filed their claim as secured or priority. The debtor's plan fails to make provisions for this claim:

Creditor: STATE OF ALABAMA
Trustee's Claim Number: 13
Account Number: 0491 13 TAXES NO PROV
Claim Amount: $3,283.14
Court Claim Number: 8
Claim Filed As: PRIORITY/SPLIT

(**X**) Debtor(s) was to amend the plan to reflect direct payment of a Domestic Support Obligation..

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtors' plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this September 12, 2016.

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL  36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: hayest@ch13mdal.com

Sabrina L. McKinney
Acting Chapter 13 Trustee

By:/s/ *Tina J. Hayes*
Tina J. Hayes

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this  September 12, 2016.

Copy to: DEBTOR(S)
       JOSHUA C MILAM

/s/ *Tina J. Hayes*
Tina J. Hayes